

**Empire Justice Center**
Making the law work for all New Yorkers

Albany ◆ Rochester ◆ White Plains

July 17, 2006

Hon. Michael A. Telesca
United States District Court
U. S. Courthouse
100 State Street
Rochester, New York 14614

**Re: Elizabeth Mosher v. Commissioner of Social Security**
     Civ. No. 05-CV-6454T

Dear Judge Telesca:

Plaintiff's Motion on the Pleadings in the above captioned case is due on July 26, 2006.  The Office of the United States Attorney has indicated that it plans to file a Motion for Remand, and has no objection to an extension until August 26, 2006, for the Plaintiff to file a responsive motion. Thank you

Sincerely,

Catherine M. Callery

cc:  Christopher V. Taffe
     Assistant U.S. Attorney

> **RECEIVED**
>
> JUL 1 9 2006
>
> MICHAEL A. TELESCA
> United States District Judge
> Western District of New York

**SO ORDERED:**

S/MICHAEL A. TELESCA
_____
**HONORABLE MICHAEL A. TELESCA**
**UNITED STATES DISTRICT COURT JUDGE**
**DATED:** _____7/20/06_____